ANDREW SOHER, RESPONDENT, *v.* JAMES C. FARGO, TRUSTEE ETC., APPELLANT.

*Supplemental complaint — leave of court necessary to serve.*

The plaintiff in this action, four months after the service of the answer, served an amended summons and a supplemental complaint, without obtaining any leave of court, either *ex parte* or on motion. *Held*, that this should be set aside; that the right to serve a supplemental complaint is not an absolute one, but rests in the sound discretion of the court, and it cannot be served without leave of the court first obtained.

*Beach* v. *Reynolds* (53 N. Y., 1) followed.

APPEAL from an order made at the Special Term, denying a motion to vacate and set aside, as irregular and unauthorized, an amended summons and a supplemental complaint.

*Hamilton Cole*, for the appellant.

*E. L. Andrews*, for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed, with costs.